BRUCE J. HIGHMAN, State Bar No. 101760
LOUIS A. HIGHMAN, State Bar No. 61703
HIGHMAN & HIGHMAN
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202
Email: bruce.highman@highmanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| JAMES DOUST,<br><br>     Plaintiff,<br><br> -v-<br><br>DIRECT FLOW MEDICAL, INC., a corporation; DAVID BOYLE; DOES 1-10, inclusive,<br><br>     Defendants. | No. 3:16-cv-06997<br><br>STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR AND JOINT CASE-MANAGEMENT-CONFERENCE STATEMENT, AND TO CONTINUE DATE OF FURTHER CASE-MANAGEMENT CONFERENCE; ORDER |

**STIPULATION**

In the fall of 2016, Defendant Direct Flow Medical, Inc. ("DFM") ceased all company operations. On January 9, 2017, DFM entered into a General Assignment for the Benefit of Creditors to an entity known as Direct Flow (Assignment for the Benefit of Creditors), LLC ("DFM/ABC"), which DFM says received all of DFM's assets.

When DFM entered the ABC process, its documents, both electronic and physical either were provided to Sherwood Partners, the entity administering the ABC process or were taken by PDL BioPharma, which was a secured creditor of DFM. As such, Defendants have had to attempt to gather relevant documents from multiple sources as DFM did not have possession of those documents. Discovering where relevant documents are located and gathering those documents has

taken a significant amount of time.

On June 27, 2017, Plaintiff served subpoenas on PDL BioPharma and an affiliate of PDL BioPharma for various categories of DFM's records. In or about early August 2017, PDL BioPharma and its affiliate produced approximately 38,000 pages of subpoenaed records to Defendants only and not to Plaintiff so that Defendants could perform a review of privileged documents and then produce to Plaintiff the nonprivileged documents and a privilege log for the privileged documents. Given the volume of documents, Defendants have produced them to Plaintiff in batches. Defendants state that given the size, the downloads can take up to four hours. Defendants anticipate that the remainder of the approximately 38,000 pages will be produced by September 15, 2017.

The Court's Case Management and Pretrial Scheduling Order that was filed on April 28, 2017, scheduled a trial date and various pretrial dates, including without limitation: (1) September 7, 2017, as the deadline to complete ADR and file an updated joint case-management-conference statement; and (2) September 14, 2017 at 11:00 a.m. for a further case-management conference. On July 27, 2017, the Clerk issued a Notice which rescheduled the case-management conference from September 14, 2017 to September 21, 2017 at 11:00 a.m. and which continued the deadline to file the case-management-conference statement from September 7, 2017 to September 14, 2017.

The gathering of information has taken significantly longer than anticipated by the parties. As such, the parties have been unable to evaluate the relevant documents so that they can engage in meaningful settlement negotiations in private mediation. The parties stipulate to continuing the case management conference from September 21, 2017 to November 16, 2017 at 11:00 a.m. or as soon thereafter as the matter may be heard, the deadline to complete ADR from September 7, 2017 to November 3, 2017, and the deadline to complete the updated joint case-management-conference

/
/
/
/
/

statement from September 14, 2017 to November 9, 2017.

DATED: September 8, 2017

          HIGHMAN & HIGHMAN
          A PROFESSIONAL LAW ASSOCIATION

          By/s/ Bruce J. Highman
          Bruce J. Highman
          Attorneys for Plaintiff

DATED: September 8, 2017

          ANDERIES & GOMES LLP

          By/s/ Allan J. Gomes
          Attorneys for Defendants
          Direct Flow Medical, Inc. and David Boyle

## DECLARATION OF BRUCE HIGHMAN

I, Bruce J. Highman, hereby declare:

1. I am one of the attorneys of record for plaintiff herein.

2. The parties have agreed to private mediation with retired San Francisco Superior Court Judge Ernest Goldsmith as mediator. Before the mediation, plaintiff will need time to review all the subpoenaed documents, and the parties may need to do a limited amount of follow-up discovery.

3. Therefore, the parties have agreed to continuing the ADR deadline to November 3, 2017, the updated joint case-management-conference statement due date to November 9, 2017, and the further case-management-conference to November 16, 2017 at 11:00 a.m. Our mediator, Judge Goldsmith, is available on quite a few dates between early October and November 3, so we should be able to schedule the mediation with him by a November 3 ADR deadline. We selected November 16 rather than November 9 for the new case-management-conference date because I am not available on November 9, 2017 at 11:00 a.m.

4. The parties have not previously sought a continuance of the ADR deadline or of the date for the further case-management-conference or the updated joint case-management-conference statement. As indicated above, the Court on its own previously continued the further case-management-conference for one week from September 14 to September 21, 2017. We previously

3

did obtain extensions by stipulation of the date for the initial case management conference from March 9, 2017 to April 27, 2017. The reason was because plaintiff filed a second amended complaint adding David Boyle as a new defendant.

5. In my opinion, the time modifications requested in this stipulation will not affect any other deadlines in this case. I note that the nonexpert discovery cutoff is not until January 29, 2018, almost three months after the new ADR deadline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 8, 2017.


/s/ Bruce J. Highman
Bruce J. Highman

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The following deadlines are continued: (1) the deadline to complete ADR is continued from September 7, 2017, to October 27, 2017; (2) the deadline for the parties to file their updated joint case-management-conference statement is continued from September 14, 2017 to November 9, 2017; and (3) the further case-management-conference is continued from September 21, 2017 to November 16, 2017 at 11:00 a.m.

DATED: _____, 2017

Honorable Laurel Beeler
United States District Court Magistrate Judge