BRUCE J. HIGHMAN, State Bar No. 101760
LOUIS A. HIGHMAN, State Bar No. 61703
HIGHMAN & HIGHMAN
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202
Email: bruce.highman@highmanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| JAMES DOUST,<br><br>    Plaintiff,<br><br>  -v-<br><br>DIRECT FLOW MEDICAL, INC., a corporation; DAVID BOYLE; DOES 1-10, inclusive,<br><br>    Defendants. | No. 3:16-cv-06997-LB<br><br>NOTICE OF SETTLEMENT |

This case settled on October 26, 2017. The parties anticipate being able to file a stipulation to dismiss by January 3, 2018. The parties request that the case management conference scheduled

/

/

/

/

/

/

/

/

1 | for November 16, 2017, at 11:00 a.m. be taken off calendar.

2 | DATED: November 6, 2017

                                                HIGHMAN & HIGHMAN
                                                A PROFESSIONAL LAW ASSOCIATION

                                                By/s/ Bruce J. Highman
                                                   Bruce J. Highman
                                                   Attorneys for Plaintiff