BRUCE J. HIGHMAN, State Bar No. 101760
LOUIS A. HIGHMAN, State Bar No. 61703
HIGHMAN & HIGHMAN
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202
Email: bruce.highman@highmanlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| JAMES DOUST,<br><br>     Plaintiff,<br><br> -v-<br><br>DIRECT FLOW MEDICAL, INC., a corporation; DAVID BOYLE; DOES 1-10, inclusive,<br><br>     Defendants. | No. 3:16-cv-06997-LB<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

The parties hereto, by and through their respective attorneys, hereby stipulate to dismissal of the above-entitled action with prejudice pursuant to FRCP 41(a)(1). No party shall seek an award

/
/
/
/
/
/
/
/
/

1
Stipulation to Dismiss Action with Prejudice - No. 3:16-cv-06997-LB

1  of costs or attorneys' fees from the Court.

2  DATED: December 15, 2017

3                                              HIGHMAN & HIGHMAN
                                               A PROFESSIONAL LAW ASSOCIATION

4

5
                                               By/s/ Bruce J. Highman
6                                              Bruce J. Highman
                                               Attorneys for Plaintiff

7  DATED: December 15, 2017

8                                              ANDERIES & GOMES LLP

9

10                                             By/s/ Allan J. Gomes
                                               Allan J. Gomes
11                                             Attorneys for Defendants
                                               Direct Flow Medical, Inc., and David Boyle